1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10
11   DANIEL SADA,                      )    Case No. CV-07-3974-DSF (JWJ)
12                    Petitioner,       )
                                        )    JUDGMENT
13        v.                            )
14   LYDIA HENSE, Warden,               )
                                        )
15                    Respondent.       )
16                                      )

17        Pursuant to the Order of the Court adopting the recommendations of the United
18   States Magistrate Judge, and adopting the same as the facts and conclusions of law
19   herein,
20        IT IS ADJUDGED that Judgment be entered granting the Motion to Dismiss
21   and dismissing the First Amended Petition as untimely.
22   DATED:   6/2/09
23                                      _____
24                                         DALE S. FISCHER
                                         United States District Judge
25
26
27
28